UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-016-WFN-3 |
| Plaintiff, | ) ) | ORDER FOLLOWING STATUS CONFERENCE AND GRANTING |
| v. | ) ) | ORAL MOTION TO MODIFY |
| COREY E. MOBLEY, | ) ) | |
| Defendant. | ) ) ) ) | |

The Defendant's unopposed oral Motion to modify conditions of release **(ECF No. 180)** to allow Defendant additional time with his significant other and her child is **GRANTED.** The supervising Pretrial Services Officer is given discretion to permit Defendant this additional time as the Officer deems appropriate.

**IT IS SO ORDERED.**

DATED May 23, 2012.

　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING STATUS CONFERENCE AND
GRANTING ORAL MOTION TO MODIFY - 1