PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 23 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    Corey Edward Mobley    Docket No.    2:12CR00016-003

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Erik Carlson, Pretrial Services Officer, presenting an official report upon the conduct of defendant, Corey Edward Mobley, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 1st day of March 2012, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #28:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six times per month. Defendant shall submit to any method of testing required.

**Condition #29:** Home detention: Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the U.S. Pretrial Services Office or supervising officer, as well as: employment; religious services; and medical, substance abuse or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On September 21, 2012, the defendant was cited for third degree driving while license suspended.

**Violation #2:** On October 2, 2012, the defendant provided a urine sample that detected the presence of marijuana.

**Violation #3:** On October 19, 2012, the defendant provided a urine sample that was presumptive positive for marijuana.

**Violation #4:** The defendant failed to report for random urinalysis testing on June 25, August 2, August 15 and October 18, 2012.

**Violation #5:** The defendant acknowledged that he has spent the night at his girlfriend's residence without obtaining permission.

PS-8
Re: Mobley, Corey Edward
October 22, 2012
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/22/2012

by  s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Roanna Malaxy Peterson
Signature of Judicial Officer

October 23, 2012
Date