UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | No. CR-12-016-WFN-3 |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED MOTION TO MODIFY |
| v. | ) | |
| COREY EDWARD MOBLEY, a/k/a Corey E. Mobley, | ) | ☑ Motion Granted **(ECF No. 272)** |
| Defendant. | ) | ☐ Action Required |

Date of Motion hearing: December 14, 2012.

Defendant's unopposed Motion to Modify is **GRANTED.** Defendant may travel to the Seattle, Washington, area, from **December 16, 2012, through December 22, 2012,** for employment training. Urinalysis testing shall occur on the first business day following return to Spokane.

All other conditions of release remain.

**IT IS SO ORDERED.**

DATED December 14, 2012.

                        S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY- 1