PS 8
(12/04)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 30 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.     Corey Edward Mobley     Docket No.     2:12CR00016-003

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Corey Edward Mobley, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 1st day of March 2012, under the following conditions:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #28**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six times per month. Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor. Treatment shall not interfere with defendant's court appearances.

**Condition #29**: Home detention: Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court ordered obligations; or other activities as pre-approved by the U.S. Pretrial Services Office or supervising officer, as well as employment; religious services; and medical, substance abuse or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant provided a urine sample that tested presumptively positive for marijuana on January 22, 2013.

**Violation #2**: The defendant failed to appear for random urinalysis testing on January 16 and 17, 2013.

**Violation #3**: The defendant admitted to adulterating his urinalysis sample.

**Violation #4**: The defendant either deviated or failed to obtain prior permission to leave his residence on three occasions.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/29/2013

by   s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

1/30/13
Date