UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COREY EDWARD MOBLEY,<br><br>Defendant. | No. CR-12-016-WFN-3<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE AND TO UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS |

Before the court are Defendant's unopposed Motion to Modify Release Conditions and Motion to Expedite. ECF 311. Both the United States and Pretrial Services have stated Defendant is in compliance with conditions of release and they have no objection to the requested modification. See ECF No. 310 (minutes from May 10, 2013, status conference.)

Accordingly, the court grants both Motions. **ECF No. 311**. Mr. Mobley is released from the condition of electronic home monitoring or GPS monitoring. The electronic monitoring system in place shall be removed forthwith, provided, however, that Defendant continues to reside at the Bennett residence. All other conditions of release remain.

**IT IS SO ORDERED.**

DATED May 13, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE AND UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS - 1