PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 21 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.  Mobley, Corey Edward  Docket No.  2:12CR00016-003

## Petition for Action on Conditions of Pretrial Release

Comes now, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Corey Edward Mobley, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 8th day of March 2013, under the following conditions:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #20**: There shall be no alcohol in the home where the defendant resides.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant admitted to smoking marijuana.

**Violation #2**: Empty alcohol bottles were observed in the defendant's residence.

PRAYING THAT THE COURT WILL ORDER A WARRANT

Respectfully submitted,

by  s/Erik Carlson    10/18/2013

Erik Carlson       Date
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/21/13
Date