◈ PS 8
(5/04)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAR 31 2014**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.        Mobley, Corey Edward        Docket No.    2:12CR00016-WFN-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Melissa Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, Corey Edward Mobley, who was placed under pretrial release supervision by the Honorable Wm. Fremming Nielsen sitting in the court at Spokane, Washington, on the 7th day of November 2013, under the following conditions:

<u>Condition #9</u>:  Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

<u>Violation #1</u>: The defendant consumed synthetic marijuana, Spice, on or about March 20, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   March 31, 2014

by   s/Melissa Hanson

Melissa Hanson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/31/14
Date