PS 8
(5/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 09 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Corey Edward Mobley | Docket No. | 2:12CR00016-WFN-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Melissa Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, Corey Edward Mobley, who was placed under pretrial release supervision by the Honorable Wm. Fremming Nielsen sitting in the court at Spokane, Washington, on the 21st day of August 2014, under the following conditions:

Condition #2 (a): Defendant shall be confined to home detention with electronic monitoring. Defendant is permitted to leave his residence only to seek employment, work, attend treatment, or as permitted by the United States Probation Office.

Condition #2 (d): Defendant shall submit to urinalysis testing two times per week through ADEPT at the defendant's own expense.

Condition #2 (f): Defendant shall continue with substance abuse counseling through pretrial services, which may require completion of a new substance abuse evaluation.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Violation #1: On or about September 29, 2014, the defendant left his residence on two occasions without prior approval from the U.S. probation officer.

Violation #2: Since on or about August 21, 2014, the defendant has failed to submit to two urinalysis tests per week.

Violation #3: On or about September 30, 2014, the defendant failed to attend his substance abuse assessment.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   October 9, 2014

by   s/Melissa Hanson

Melissa Hanson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

10/9/14
Date