PROB 12C
(6/16)

Report Date: November 15, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

| | | |
|---|---|---|
| Name of Offender: Corey Edward Mobley | | Case Number: 0980 2:12CR00016-WFN-3 |
| Address of Offender: | Otis Orchards, Washington 99027 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 29, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Manufacture 100 or More Marijuana Plants, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)(vii) | |
| Original Sentence: | Prison - 788 days<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: March 29, 2016 |
| Defense Attorney: | Roger James Peven | Date Supervision Expires: March 28, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

1      **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

     **Supporting Evidence**: Mr. Mobley violated his conditions of supervised release by leaving the judicial district without permission on October 25, 2018.

     On March 30, 2016, Mr. Mobley's conditions of supervision were reviewed with him in reference to case number 2:12CR00016-WFN-3. He signed his conditions acknowledging he understood his conditions fully, to include standard condition number 1, as noted above.

     On the morning of October 25, 2018, the undersigned officer received a voice mail from Mr. Mobley. He stated he was headed to the airport to fly to Seattle, Washington, for the weekend. He further advised his wife surprised him for his birthday and he knew he needed to get permission first, however, chose to travel to Seattle, Washington, regardless. At no time did the undersigned officer and Mr. Mobley discuss traveling out of the judicial district, nor was he afforded permission to travel.

Prob12C
**Re: Mobley, Corey Edward**
**November 15, 2018**
**Page 2**

2        **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mobley violated his conditions of supervised release by using marijuana on or about October 20, 2018.

On March 30, 2016, Mr. Mobley's conditions of supervision were reviewed with him in reference to case number 2:12CR00016-WFN-3. He signed his conditions acknowledging he understood his conditions fully, to include special condition number 17, as noted above.

On October 29, 2018, Mr. Mobley reported to the probation office as directed by the undersigned officer. When Mr. Mobley was asked to submit to random urinalysis testing he admitted to using marijuana on or about October 20, 2018. He signed a drug use admission form.

3        **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Mobley violated his conditions of supervised release by consuming alcohol on or about October 20, 2018.

On March 30, 2016, Mr. Mobley's conditions of supervision were reviewed with him in reference to case number 2:12CR00016-WFN-3. He signed his conditions acknowledging he understood his conditions fully, to include special condition number 18, as noted above.

On October 29, 2018, Mr. Mobley reported to the probation office as directed by the undersigned officer. When Mr. Mobley was asked to submit to random urinalysis testing he admitted to consuming alcohol on or about October 20, 2018. He signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     11/15/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Mobley, Corey Edward**
**November 15, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____
Date